FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUN 1 4 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:06CR154-WHA |
| | ) | [8 USC 1326(a); |
| | ) | 8 USC 1326(b)(2); |
| LOUIS LUNA-ARREAGA | ) | 18 USC 1001] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about April 10, 2006, in Montgomery County, Alabama, in the Middle District of Alabama, the defendant,

**LOUIS LUNA-ARREAGA,**

being an alien, did knowingly re-enter and was found in the United States after having been deported, without obtaining the permission of the Secretary of Homeland Security or the Attorney General of the United States, in violation of Title 8, United States Code, Section 1326(a) and 1326(b)(2).

## COUNT 2

On or about April 10, 2006, in Montgomery County, Alabama, in the Middle District of Alabama, the defendant,

**LOUIS LUNA-ARREAGA,**

in a matter within the jurisdiction of the United States Immigration and Customs Enforcement, the Defendant, LOUIS LUNA-ARREAGA, did knowingly and willfully make a materially false, fictitious or fraudulent statement or representation, to-wit: LOUIS LUNA-ARREAGA falsely denied prior deportation from the United States and falsely denied any prior arrest within the

United States when in truth and fact, LOUIS LUNA-ARREAGA:

1) On January 10, 2003, was deported from the United States to Mexico at Hidalgo, Texas;

2) On July 15, 2002, was convicted in the 180th District Court of Harris County, Texas for Delivery BY Actual Transfer, Cocaine Less Than One Ounce;

3) On July 15, 2002, was convicted in the 180th District Court of Harris County, Texas for Possession of Cocaine, Less than one Gram;

all in violation of Title 18, United States Code, Section 1001.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
Verne H. Speirs
Assistant United States Attorney