◥AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____   District of   _____ALABAMA_____

UNITED STATES OF AMERICA

V.

LOUIS LUNA-ARREAGA

**WARRANT FOR ARREST**

Case Number:   2:06CR154-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __LOUIS LUNA-ARREAGA__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | Supervised Release Violation Petition | Violation Notice |

charging him or her with   (brief description of offense)

RE-ENTRY OF DEPORTED ALIEN (1 count)

FALSE OR FRAUDULENT STATEMENTS OR REPRESENTATIONS (1 COUNT)

in violation of Title   __8 & 18__   United States Code, Section(s)   __1326(a) and 1326(b)(2); 1001__

__DEBRA P. HACKETT__
Name of Issuing Officer

__[signature]__   __June 16, 2006__
Signature of Issuing Officer - DEPUTY CLERK   DATE

__CLERK OF COURT__
Title of Issuing Officer

__MONTGOMERY, ALABAMA__
Date and Location

Bail fixed at $   __to be set at initial appearance__   BY   __U.S. MAGISTRATE JUDGE__
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |