## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA,
## NORTHERN DIVISION

UNITED STATES OF AMERICA　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　vs.　　　　　　　　　　　)　　CRIMINAL NO.  2:06CR154-WHA
　　　　　　　　　　　　　　　　　　)
LOUIS LUNA-ARREAGA　　　　　　　　)

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE WARDEN AND/OR KEEPER OF THE  MONTGOMERY COUNTY JAIL**

　　　　　　　　　　　　**AT MONTGOMERY, AL**

and

**TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR  ANY OTHER UNITED STATES MARSHAL:**

**GREETINGS:**

　　　　We command you, that you have the body of  **LOUIS LUNA-ARREAGA** ,  a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court , in the city of **Montgomery**  on **June 29, 2006** at **10:00 a.m.**, to answer charges pending in said court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

**BY ORDER OF THE COURT**

　　　　DONE, this the 21ˢᵗ day of June, 2006.

　　　　　　　　　　　　　DEBRA P. HACKETT, CLERK
　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　MIDDLE DISTRICT OF ALABAMA

　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　DEPUTY CLERK