IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06-cr-154-WHA |
| | ) | |
| LOUIS LUNA-ARREAGA | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

   This case is eligible for a detention order because this case involves:

   _____    Crime of violence (18 U.S.C. 3156)

   _____    Maximum sentence of life imprisonment or death

   _____    10 + year drug offense

   _____    Felony, with two prior convictions in the above categories

   ____X____    Serious risk the defendant will flee

   _____    Serious risk of obstruction of justice

2. Reason For Detention

   The Court should detain defendant because there are no conditions of release which will reasonably assure:

   ____X____    Defendant's appearance as required

   _____    Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

   _____    Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

   _____    Previous conviction for "eligible" offense committed while on pretrial bond

   _____    A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4. <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

   _____    At the initial appearance

   ____X____    After continuance of <u>3</u> days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 29th day of June, 2006.

                                LEURA GARRETT CANARY
                                United States Attorney

                                /s/ Verne H. Speirs
                                VERNE H. SPEIRS
                                Assistant United States Attorney
                                Post Office Box 197
                                Montgomery, Alabama 36101-0197
                                334.223.7280
                                334.223.7135 fax
                                verne.speirs@usdoj.gov