| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** June 29, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 10:18 - 10:30 |

√ **ARRAIGNMENT**          ❏ **CHANGE OF PLEA**          ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker       **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr154-WHA                    **DEFENDANT NAME:** Louis Luna-Arreaga
**AUSA:** Verne Speirs                            **DEFENDANT ATTORNEY:** Michael Petersen

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( )NO; (√)YES   Name: Beverly Childress

---

√ This is defendant's **FIRST APPEARANCE.**
√ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
√ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**    √ **Not Guilty**
             ❏ **Guilty as to:**
                  ❏ Count(s):
                  ❏ Count(s):          ❏ dismissed on oral motion of USA
                                       ❏ to be dismissed at sentencing
❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ CRIMINAL TERM:   **8/7/06**      ❏ **WAIVER OF SPEEDY TRIAL** filed.
                **DISCOVERY DISCLOSURE DATE: 6/30/06**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
        ❏ Trial on _____; ❏ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal
        ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
                    ❏ Defendant requests time to secure new counsel
**Counsel to notify the court if detention hearing is necessary.**