| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** July 17, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:34 - 3:35 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 3:06cr154-WHA | **DEFENDANT(S)** Louis Luna-Arreaga |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs | * | Michael Petersen |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Plea
   Plea notice to be filed on or before noon July 26, 2006

☐ **TRIAL STATUS**
   Trial time - 1 ½ - 2 days

☐ **REMARKS:**