IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr154-WHA |
| | ) | |
| LOUIS LUNA-ARREAGA | ) | |

**ORDER ON MOTION**

Upon consideration of the government's motion for detention hearing (Doc. # 7), filed June 29, 2006, and for good cause, it is

ORDERED that the motion be and hereby is DENIED, without prejudice, as moot.

DONE, this 20th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE