| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: July 31, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 3:00 - 3:21 |
| | COURT REPORTER: Risa Entrekin |

❏ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr154-WHA   **DEFENDANT NAME:** Louis Luna-Arreaga
**AUSA:** Verne Speirs   **DEFENDANT ATTORNEY:** Michael Petersen

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Kevin Poole

Interpreter present? ( )NO; (√)YES   Name: Beverly Childress

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ❏ Not Guilty
   √ Guilty as to:
      √ Count(s):   1   of the Indictment
      √ Count(s):   2   ❏ dismissed on oral motion of USA
                      √ to be dismissed at sentencing
√ Written plea agreement filed   ❏ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment
❏ **CRIMINAL TERM:**    ❏ **WAIVER OF SPEEDY TRIAL** filed.
**DISCOVERY DISCLOSURE DATE:**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
      ❏ Trial on _____; ❏ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
            ❏ Defendant requests time to secure new counsel