# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | October 12, 2006 | AT: | 10:00 a.m. |
| DATE COMPLETED: | October 12, 2006 | AT: | 10:10 a.m. |

UNITED STATES OF AMERICA    )
                            )
vs.                         )   CR. No. 2:05cr154-WHA
                            )
LOUIS LUNA-ARREAGA          )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Verne Speirs | Michael Petersen |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Jo Ann Sellers, USPO |
| Elna Behrman, Courtroom Deputy | Daniel Harrell, Law Clerk |
| Beverly Childress, Interpreter | |

COURTROOM PROCEEDINGS

(X)   SENTENCING HEARING

Hearing commences.
Interpreter is sworn.
Defendant is sworn.
Parties have reviewed the presentence report and have no objections.
Court orally GRANTS the Government's Motion for Reduction (Doc. #23).
Court adopts the factual statements contained in the presentence report.
Sentence is stated.
Defendant's counsel states an objection to the sentence as not being in compliance with the plea agreement.
Government states to the court that, although facts were uncovered after the plea agreement was signed, that it
    is bound by the agreement.
Court states it will not accept the plea agreement and that Defendant will be allowed to withdraw his guilty plea
    and go to trial.
After conferring with his client, counsel states Defendant wishes to continue with the sentencing.
Court questions Defendant as to his desire to continue.
Defendant states he wishes to continue with the sentencing.
Sentence is ORDERED imposed as stated.
Defendant is advised of his right to appeal.
Defendant is recommitted to the custody of the U. S. Marshal.
Government orally moves to dismiss Count 2 of the Indictment.
Court orally GRANTS the motion, and Count 2 of the Indictment is DISMISSED.